DLM

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

CA 07 362 ML

In re:

Phyliss Elaine Hicks

BK No. 07-11394
Chapter 7

**TO: CLERK, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

Transmitted herewith is:

X Appeal Coversheet

X The Notice of Appeal and Appellant's Election Form

X Copy of Bankruptcy Court Order and Judgment dated 8/30/07

X Certified Copy of docket.

____ Other **Fee for Appeal was not paid at time of filing**

Pursuant to Fed. R. Bankr. P. 8006, the Appellant's Designation of Record and Statement of Issues on Appeal is due on n/a. The Appellee's Designation of Record and Statement of Issues on Appeal is due 10 days thereafter. See Fed. R. Bankr. P. 8006. Pursuant to Fed. R. Bankr. P. 8007, if a transcript is ordered by either party, the reporter has 30 days to complete the request unless a further extension is requested.

When the record is complete, it will be forwarded to the District Court.

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: 9/25/07

By: cal
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

**APPEAL COVER SHEET**

1. BK. # 07-11394 [CA] [BAP] #
2. Title of Bankruptcy Case Phyliss Elaine Hicks
3. Appellant: Phyliss Elaine Hicks

   Name & Address of Counsel for Appellant(s):

   Pro Se
4. Appellee: N/a

   Name & Address of Counsel for Appellee(s):

   n/a
5. Additional Counsel: n/a

   Office of the U. S. Trustee, 10 Dorrance Street,

   Providence, RI 02903 (401) 528-5551
6. Related Case(s) on Appeal: Yes____ No x
7. Special Comments: ** Fee for Appeal was not paid at time of filing**