| Attorney or Appellant Name, Address, Telephone, and Fax Number<br>Phyliss E. Hicks<br>558 Oaklawn Ave<br>Cranston, RI 02920<br><br>Attorney for Appellant Atty Pro Se | FOR COURT USE ONLY<br>FILED SEP 06 '07 15:42 USBCRI |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF RHODE ISLAND | |
| In re: BK 7-11394<br>Phyliss Elaine Hicks<br>Debtor (s) | |
| Debtor's Social Security No(s). 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 | CHAPTER 7<br>CASE NUMBER 07-11394 |
| Employer's Tax Identification Nos. [if any] | ADVERSARY NUMBER |

## NOTICE OF APPEAL

1. NOTICE IS HEREBY GIVEN that the (check only one box) ☒ plaintiff ☐ defendant or ☐ other party (specify name of party) Phyliss Elaine Hicks, appeals under 28 U.S.C. section 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe judgment, order or decree) Motion to Dismiss Bankruptcy Filing of Chapter 7 entered in this adversary proceeding or other proceeding (describe other proceeding) ______ on the 30 day of August, (year) 07.

2. The names of all parties to the judgment, order, or decree appealed from and the names, addresses, telephone, and fax numbers of their respective attorneys are as follows:

(Print or type names, addresses, telephone, and fax numbers)

① National Grid (Gas)
1-800-909-1212
East Prov RI

③ Greenwood C.U. 401 739-4600
2669 Post Road
East Greenwich, RI

④ Cox Communications
300 Metro Blvd
West Warwick, RI

⑤ National Grid (Electric)
1-800-909-1212

CONTINUED ON NEXT PAGE

Notice of Appeal - Page Two (2)

**Form 17**

| In re (SHORT TITLE) | CHAPTER 7 |
|---|---|
| Phyliss Elaine Hicks Debtor. | CASE NUMBER 11394 |

Dated: 9/6/07

Phyliss Elaine Hicks
Signature (Attorney for Appellant or Appellant if not represented by an Attorney)

(Print or type name, address, telephone and fax numbers)

Phyliss Hicks
558 OAKLAWN AVE.
CRANSTON, RI 02920

**If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. section 158 (c), to have the appeal**

## PROOF OF SERVICE

STATE OF RHODE ISLAND
COUNTY OF ______________________

1. I am employed in the County of __________________________, State of Rhode Island. I am over the age of 18 and not a party to the within action. My business address is as follows:

2. **Regular Mail Service:** On 9/6/07 ______________________, I served the documents described as: NOTICE OF APPEAL on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at PROVIDENCE __________, Rhode Island, addressed as set forth below.

☐ Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:

Phyliss ELAINE Hicks — Type Name

Phyliss Elaine Hicks — Signature