FILED SEP 06 '07 15:22 USBCRI

R.I. Bankr. Form S
*See* R.I. LBR 8001-1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re: Phyliss Elaine Hicks

Debtor(s)

BK No. 07-11394
Chapter

## APPELLANT ELECTION FORM

Appeal of Order or Judgment of U.S. Bankruptcy Court, District of Rhode Island dated 8/30/07, Doc. No. 38.

| APPELLANT(S) | APPELLEE(S) |
| --- | --- |
| Phyliss Elaine Hicks | US Bankruptcy Court Judge Arthur Votolato |
| | 380 Westminster St. Provi RI. |
| Attorney (Firm Name, Address, and Telephone No.) Atty Pro Se 558 Oaklawn Ave Cranston, RI 02920 | Attorney (If known) |

☐ I ELECT TO HAVE THIS APPEAL HEARD BY THE BANKRUPTCY APPELLATE PANEL FOR THE FIRST CIRCUIT

☑ I ELECT TO OPT OUT OF THE BANKRUPTCY APPELLATE PANEL FOR THE FIRST CIRCUIT AND REQUEST THAT THIS APPEAL BE HEARD BY THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

By: Phyliss E. Hicks
Signature of Attorney (or Appellant, if pro se)

Dated: 9/6/07