UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - - -*

In re: :

PHYLISS ELAINE HICKS : BK No. 07-11394
Debtor(s) Chapter 7

:

- - - - - - - - - - - - - - - - -*

**ORDER DISMISSING CASE**

Heard on August 23, 2007, on the Court's Order to Show Cause why the above-entitled case should not be dismissed pursuant to 11 U.S.C. §727(a)(8) and the Debtor's response thereto. After hearing and upon consideration of the pleadings and the Debtors prior cases[1], I find that the Debtor is not eligible for a Chapter 7 discharge and she has failed to show cause why this case should not be dismissed. Accordingly this case is **DISMISSED** and all other pending motions are denied as moot.

**Creditors are advised that their claims against Phyliss Elaine Hicks have not been discharged, and that they may proceed in any appropriate forum with the collection of all debts due from the Debtor(s), without seeking relief from stay.**

ORDER:

H. D'Agostino

Deputy Clerk

ENTER:

Arthur N. Votolato
U.S. Bankruptcy Judge
Date: 8/30/07

Entered on docket: 8/30/07

[1] The Debtor's filing history includes four Chapter 13's and two Chapter 7 since 1998.

***UNITED STATES BANKRUPTCY COURT***
***FOR THE DISTRICT OF RHODE ISLAND***
***380 Westminster Street, 6th Floor***
***Providence, RI 02903***
***www.rib.uscourts.gov***
***(401)626-3100***

**Phyliss Elaine Hicks**

Debtor(s)

BK No. **1:07-bk-11394**

Chapter **7**

Judge: **Arthur N. Votolato**

***JUDGMENT ORDER***

Pursuant to the order entered this date, judgment is hereby entered regarding;

**Order Dismissing Case**

Judgment #: 1:07–bk–11394 – 42 – 38

Susan M. Thurston
Clerk, US Bankruptcy Court

Entered on Docket: **8/30/07**
Document Number: ***42 - 38***

By: **HAD**
Deputy Clerk

judgement.jsp #404