**DebtEd, Filed as ProSe, Pro_Se, DUPFILER, MEANSNO, DISMISSED, APPEAL**

# United States Bankruptcy Court
# District of Rhode Island (Providence)
# Bankruptcy Petition #: 1:07-bk-11394

*Assigned to:* Judge Arthur N. Votolato
Chapter 7
Voluntary
No asset

*Date Filed:* 07/26/2007
*Date Dismissed:* 08/30/2007

***Debtor***
**Phyliss Elaine Hicks**
558 Oaklawn Avenue
Cranston, RI 02920
(401) 270-6960
SSN: xxx-xx-0919

represented by **Phyliss Elaine Hicks**
PRO SE

***Trustee***
**Stacy B. Ferrara**
505 Tiogue Avenue
Suite B
Coventry, RI 02816
(401) 823-7991

Attest a True Copy
Susan M. Thurston
Clerk
By ______
Deputy Clerk

***U.S. Trustee***
**Leonard DePasquale**
US Trustee's Office
Room 910
10 Dorrance Street
Providence, RI 02903
(401) 528-5551

| Filing Date | # | Docket Text |
|---|---|---|
| 07/26/2007 | 1 | Chapter 7 Voluntary Petition . Filed by Phyliss Elaine Hicks . (Watts, Jennifer) (Entered: 07/26/2007) |
| 07/26/2007 | 2 | 2 Day Notice of Missing Documents and Certificate of Service. (related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Phyliss Elaine Hicks). Missing Items: Creditor Matrix, Certificate of Credit Counseling and/or Exhibit D. Missing Documents Due By: 7/30/2007. (Watts, Jennifer) (Entered: 07/26/2007) |

| | | |
|---|---|---|
| 07/26/2007 | 3 | Notice of Missing Documents and Notice of Dismissal if Documents Are Not Timely Filed. (related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Phyliss Elaine Hicks). To view the specific items listed in the Missing Documents Notice, click on the document number for this entry. Missing Documents Due By: 8/10/2007. (Watts, Jennifer) (Entered: 07/26/2007) |
| 07/26/2007 | | Duplicate Filer. Information regarding previous filing: Case No.: 03-11687, Filing Date: 5/7/2003, Chapter: 13, Discharge Date: NA, Closing Date: 12/9/2003, Disposition: 5. Case No.: 01-13786, Filing Date: 10/4/2001, Chapter: 13, Discharge Date: NA, Closing Date: 1/28/2002, Disposition: 5. Case No.: 00-11967, Filing Date: 6/1/2000, Chapter: 13, Discharge Date: NA, Closing Date: 4/18/2001, Disposition: 5. Case No.: 99-14935, Filing Date: 12/29/1999, Chapter: 7, Discharge Date: 4/3/2000, Closing Date: 1/12/2005, Disposition: 1 (Watts, Jennifer) (Entered: 07/26/2007) |
| 07/26/2007 | 4 | Certificate of Pro Se Debtor Re: Preparation of Petition by Non-Legal Entity. Amount Paid: none Dollars. Name of Preparer: none. . Filed by Debtor Phyliss Elaine Hicks . (DAgostino, Holly) (Entered: 07/26/2007) |
| 07/26/2007 | 5 | Application to Proceed in forma pauperis Filed by Debtor Phyliss Elaine Hicks. (DAgostino, Holly) (Entered: 07/26/2007) |
| 07/26/2007 | 6 | Notice of Defective Document Issued (related document(s)5 Application to Proceed in forma pauperis filed by Debtor Phyliss Elaine Hicks). Defective Items: Questions 10-16 and RI Bankruptcy Form D. If defect pertains to a pending motion/application/notice then objection/response deadline is terminated until deficiencies are timely corrected. Compliance with Defective Document Notice Due By: 7/30/2007. Telephone notice left for debtor regarding 2 day deadline (DAgostino, Holly) (Entered: 07/26/2007) |
| 07/26/2007 | 7 | Order to Show Cause in Writing Why Case Should Not Be Dismissed Pursuant to 11 U.S.C. Sec. 727(a)(8) issued against Debtor Phyliss Elaine Hicks. Responses due by 8/6/2007. (DAgostino, Holly) (Entered: 07/26/2007) |
| 07/28/2007 | 8 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 7 Order to Show Cause in Writing) Service Date 07/28/2007. (Admin.) (Entered: 07/29/2007) |
| 07/28/2007 | 9 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 3 Notice of Missing Documents, ) Service Date 07/28/2007. (Admin.) (Entered: 07/29/2007) |

| | | |
|---|---|---|
| 07/28/2007 | 10 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 6 Defective Document, ) Service Date 07/28/2007. (Admin.) (Entered: 07/29/2007) |
| 07/30/2007 | 11 | Motion to Extend Time until 8/3/07 to Comply With 2-Day Notice of Missing Documents Filed by Debtor Phyliss Elaine Hicks (related document(s)2 2 Day Notice of Missing Documents. If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Cory, Lucinda) (Entered: 07/30/2007) |
| 08/03/2007 | | Creditor Matrix Filed by Debtor Phyliss Elaine Hicks. (Geraghty, Amy) (Entered: 08/03/2007) |
| 08/03/2007 | 12 | Addendum - Questions 10-16 and schedules I and J Filed by Debtor Phyliss Elaine Hicks (related document(s)5 Application to Proceed in forma pauperis filed by Debtor Phyliss Elaine Hicks). (Geraghty, Amy) (Entered: 08/03/2007) |
| 08/03/2007 | 13 | Missing Document(s) Filed: Schedule I, Schedule J, Filed by Debtor Phyliss Elaine Hicks . (Geraghty, Amy) (Entered: 08/03/2007) |
| 08/03/2007 | | Deadlines Updated re: (related document(s)3 Notice of Missing Documents, ). Schedules A-H, Debtor's signed declaration, Summary of Scheds., Statement of Financial Affairs, Form 22A Means test, Payment Advices. Missing Documents Due By: 8/10/2007. (Geraghty, Amy) (Entered: 08/03/2007) |
| 08/03/2007 | 14 | Motion to Extend Time until 8/9/07 to filed a certificate of credit counseling re: document(s)2 2 Day Notice of Missing Documents and respond the 7 order to show cause Filed by Debtor Phyliss Elaine Hicks. Modified text on 8/7/2007 (Geraghty, Amy). (Entered: 08/03/2007) |
| 08/06/2007 | 15 | First Meeting of Creditors & Notice of Appointment of Interim Trustee 341(a) meeting to be held on 9/14/2007 at 02:00 PM at Office of the U.S. Trustee. Financial Management Certificate due: 10/29/2007. Last day to oppose discharge or dischargeability is 11/13/2007. (Geraghty, Amy) (Entered: 08/06/2007) |
| 08/06/2007 | 16 | Response to Filed by Debtor Phyliss Elaine Hicks re: 7 Order to Show Cause in Writing. (Sweeney, Carolyn) (Entered: 08/06/2007) |
| 08/07/2007 | 17 | Order Granting 11 Motion to Extend Time to: 8/3/07 to comply with 6 Notice of Defective Pleading. (DAgostino, Holly) (Entered: 08/07/2007) |

| | | |
|---|---|---|
| 08/07/2007 | 18 | Order Granting 14 Motion to Extend Time to: 8/9/07 to File Certificate of Credit Counseling. Updated Deadline Due By:8/9/2007. (DAgostino, Holly) (Entered: 08/07/2007) |
| 08/07/2007 | 19 | Hearing Set (re: 7 Order to Show Cause in Writing Why Case Should Not Be Dismissed Pursuant to 11 U.S.C. Sec. 727(a)(8)). Hearing scheduled for 8/23/2007 at 10:00 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 08/07/2007) |
| 08/08/2007 | 20 | Motion to Extend Time to File Certificate of Credit Counseling to a Date After the Court's Determination on #7 Order to Show Cause Why Case Should Not Be Dismissed Filed by Debtor Phyliss Elaine Hicks (related document(s)18 Order on Motion to Extend Time). (DAgostino, Holly) (Entered: 08/08/2007) |
| 08/08/2007 | | Notice of Appearance and Request for Notice (Text Only) Filed by John P. McCoy on behalf of National Grid Company. (McCoy, John) (Entered: 08/08/2007) |
| 08/08/2007 | 21 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 15 Meeting of Creditors Chapter 7 No Asset, ) Service Date 08/08/2007. (Admin.) (Entered: 08/09/2007) |
| 08/08/2007 | 22 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 15 Meeting of Creditors Chapter 7 No Asset, ) Service Date 08/08/2007. (Admin.) (Entered: 08/09/2007) |
| 08/09/2007 | 23 | Hearing Set (re: 20 Motion to Extend Time to File Certificate of Credit Counseling to a Date After the Court's Determination on #7 Order to Show Cause Why Case Should Not Be Dismissed filed by Debtor Phyliss Elaine Hicks, 5 Application to Proceed in forma pauperis and 12 Addendum filed by Debtor Phyliss Elaine Hicks). Hearing scheduled for 8/23/2007 at 10:00 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 08/09/2007) |
| 08/09/2007 | 24 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 17 Order on Motion to Extend Time) Service Date 08/09/2007. (Admin.) (Entered: 08/10/2007) |
| 08/09/2007 | 25 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 18 Order on Motion to Extend Time) Service Date 08/09/2007. (Admin.) (Entered: 08/10/2007) |
| 08/09/2007 | 26 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 19 Hearing) Service Date 08/09/2007. (Admin.) (Entered: 08/10/2007) |

| | | |
|---|---|---|
| 08/10/2007 | 27 | Missing Document(s) Filed: Schedule A, Schedule B, Schedule C, Schedule D, Schedule E, Schedule F, Schedule G, Schedule H, Schedule I, Schedule J, Summary of Schedules Declaration Concerning Debtors Schedules, Stmt of Financial Affairs, Stmt of Intent, Filed by Debtor Phyliss Elaine Hicks . (DAgostino, Holly) (Entered: 08/10/2007) |
| 08/10/2007 | 28 | Chapter 7 Statement of Current Monthly Income and Means Test Calculation - Form 22A . Filed by Debtor Phyliss Elaine Hicks . (DAgostino, Holly) (Entered: 08/10/2007) |
| 08/11/2007 | 29 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 23 Hearing, ) Service Date 08/11/2007. (Admin.) (Entered: 08/12/2007) |
| 08/13/2007 | 30 | **RESTRICTED ACCESS!** Employee Income Records Filed by Debtor Phyliss Elaine Hicks . (DAgostino, Holly) (Entered: 08/13/2007) |
| 08/16/2007 | 31 | Amended First Meeting of Creditors 341(a) meeting to be held on 9/14/2007 at 02:00 PM at The Federal Center. **Amended to reflect the new location of the the 341 meeting. (Geraghty, Amy) (Entered: 08/16/2007) |
| 08/17/2007 | 32 | Motion to Continue Hearing Filed by Debtor Phyliss Elaine Hicks (related document(s)20 Motion to Extend Time to File Credit Counseling Certificate filed by Debtor Phyliss Elaine Hicks, 5 Application to Proceed in forma pauperis filed by Debtor Phyliss Elaine Hicks, and 7 Order to Show Cause in Writing Why Case Should Not be Dismissed. (Attachments: # 1 Exhibits) (Cory, Lucinda) (Entered: 08/17/2007) |
| 08/18/2007 | 33 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 31 Amended First Meeting of Creditors Chapter 7 No Asset) Service Date 08/18/2007. (Admin.) (Entered: 08/19/2007) |
| 08/20/2007 | 34 | Hearing Set re: 32 Motion to Continue/Reschedule Hearing filed by Debtor Phyliss Elaine Hicks. Hearing scheduled for 8/23/2007 at 10:00 AM at 6th Floor Courtroom. Debtor given telephonic notice of hearing. (Cory, Lucinda) (Entered: 08/20/2007) |
| 08/22/2007 | 35 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 34 Hearing) Service Date 08/22/2007. (Admin.) (Entered: 08/23/2007) |

| | | |
|---|---|---|
| 08/23/2007 | | Request for Notice (Text Only) Creditor AmeriCredit. (Whitten, Alice) (Entered: 08/23/2007) |
| 08/23/2007 | | Hearing Held (related document(s)7 Order to Show Cause in Writing, 12 Addendum filed by Debtor Phyliss Elaine Hicks, 20 Motion to Extend Time, filed by Debtor Phyliss Elaine Hicks, 5 Application to Proceed in forma pauperis filed by Debtor Phyliss Elaine Hicks, 32 Motion to Continue/Reschedule Hearing, filed by Debtor Phyliss Elaine Hicks). APPEARANCES: Debtor, pro se . All matters are under advisement. (DAgostino, Holly) (Entered: 08/23/2007) |
| 08/23/2007 | 36 | Response to Filed by Debtor Phyliss Elaine Hicks re 7 Order to Show Cause in Writing). (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D) (DAgostino, Holly) (Entered: 08/23/2007) |
| 08/23/2007 | | Matter Under Advisement Re:(related document:7 Order to Show Cause in Writing, 36 Response to order to show cause filed by Debtor Phyliss Elaine Hicks, 12 Addendum filed by Debtor Phyliss Elaine Hicks, 20 Motion to Extend Time, filed by Debtor Phyliss Elaine Hicks, 5 Application to Proceed in forma pauperis filed by Debtor Phyliss Elaine Hicks, 32 Motion to Continue/Reschedule Hearing, filed by Debtor Phyliss Elaine Hicks) Status Check re Matter Under Advisement on 10/22/2007. (DAgostino, Holly) (Entered: 08/23/2007) |
| 08/27/2007 | 37 | Motion for Relief from Stay re:2006 Suzuki Wagon Fee Amount $150, Filed by Creditor Greenwood Credit Union. Objections to Motion Due: 9/10/2007. (Attachments: # 1 Memorandum of Law # 2 Exhibit A# 3 Schedule B) If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(Geremia, Lisa) (Entered: 08/27/2007) |
| 08/27/2007 | | Receipt of filing fee for Motion for Relief From Stay(1:07-bk-11394) [motion,mrlfsty] ( 150.00). Receipt number 657239, amount $ 150.00. (U.S. Treasury) (Entered: 08/27/2007) |
| 08/30/2007 | 38 | Order Dismissing Case . (related document(s):7 Order to Show Cause in Writing Why Case Should Not Be Dismissed Pursuant to 11 U.S.C. Sec. 727(a)(8)). Appeals/Motion for Reconsideration Due by: 9/10/2007. (DAgostino, Holly) (Entered: 08/30/2007) |
| 08/30/2007 | 39 | Order Denying as Moot Application To Proceed in forma pauperis (Related Doc # 5) . Case is dismissed. (DAgostino, Holly) Additional attachment(s) added on 8/30/2007 (Venuti, Jody). (Entered: 08/30/2007) |

| | | |
|---|---|---|
| 08/30/2007 | 40 | Order Denying As Moot Motion to Extend Time to File Certificate of Credit Counseling. Case is dismissed. (Related Doc # 20) . (DAgostino, Holly) (Entered: 08/30/2007) |
| 08/30/2007 | 41 | BNC Service of Document. (related document(s)39 Order on Application to Proceed in forma pauperis). (DAgostino, Holly) (Entered: 08/30/2007) |
| 08/30/2007 | 42 | Judgment Order (re:38 Order Dismissing Case) (DAgostino, Holly) (Entered: 08/30/2007) |
| 08/30/2007 | 43 | Order Denying as Moot Debtor's Motion To Continue/Reschedule Hearing On Application to Proceed informa pauperis, Motion to Extend Time to File Credit Counseling and Order to Show Cause). (DAgostino, Holly) (Entered: 08/30/2007) |
| 09/01/2007 | 44 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 40 Order on Motion to Extend Time) Service Date 09/01/2007. (Admin.) (Entered: 09/02/2007) |
| 09/01/2007 | 45 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 43 Order on Motion to Continue/Reschedule Hearing) Service Date 09/01/2007. (Admin.) (Entered: 09/02/2007) |
| 09/01/2007 | 46 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 42 Judgment Order (ap/bk)) Service Date 09/01/2007. (Admin.) (Entered: 09/02/2007) |
| 09/01/2007 | 47 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 38 Order Dismissing Case) Service Date 09/01/2007. (Admin.) (Entered: 09/02/2007) |
| 09/01/2007 | 48 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 41 BNC Service of Document) Service Date 09/01/2007. (Admin.) (Entered: 09/02/2007) |
| 09/06/2007 | 49 | Notice of Appeal . No fee paid; Motion to reconsider order denying motion to proceed informa pauperis pending. Filed by Phyliss Elaine Hicks (related document(s)38 Order Dismissing Case). Appellant Designation due by: 9/17/2007. (DAgostino, Holly) (Entered: 09/06/2007) |
| 09/06/2007 | 50 | Appellant District Court Election Filed by Phyliss Elaine Hicks (related document(s)49 Notice of Appeal, filed by Debtor Phyliss Elaine Hicks). (DAgostino, Holly) (Entered: 09/06/2007) |

| | | |
|---|---|---|
| 09/06/2007 | 51 | Motion to Reconsider Filed by Debtor Phyliss Elaine Hicks (related document(s)39 Order on Application to Proceed in forma pauperis). Objections to Motion Due: 9/19/2007.(DAgostino, Holly) (Entered: 09/06/2007) |
| 09/06/2007 | 52 | Objection Filed by Debtor Phyliss Elaine Hicks re 37 Motion for Relief From Stay, filed by Creditor Greenwood Credit Union). (DAgostino, Holly) (Entered: 09/06/2007) |
| 09/12/2007 | 53 | Order Denying Motion To Reconsider Order Denying Motion to Proceed In Forma Pauperis. The appellant has 5 days to pay the filing fee for #49 Notice of Appeal. See order for details.(Related Doc # 51) . (DAgostino, Holly) (Entered: 09/12/2007) |
| 09/14/2007 | 54 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 53 Order on Motion To Reconsider) Service Date 09/14/2007. (Admin.) (Entered: 09/19/2007) |
| 09/25/2007 | 55 | Order Denying as Moot (# 37)Motion For Relief From Stay . (Lanni, Christine) (Entered: 09/25/2007) |
| 09/25/2007 | 56 | Judgment Order (re:55 Order Denied as Moot Motion For Relief From Stay) (Lanni, Christine) (Entered: 09/25/2007) |