UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN RE:

PHYLISS ELAINE HICKS CA 07-362 ML

ORDER

This matter is before this Court on the recommendation of the Bankruptcy Court that the Debtor's appeal be dismissed for failure to pay the filing fee.

Debtor has failed to pay the requisite filing fee. Accordingly, her notice of appeal is denied and dismissed.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
October 18, 2007