UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN RE:

Phyliss Elaine Hicks CA 07-362 ML

Motion

Reconsideration of Order for Dismissal And Denial of Appeal

Debtor hereby requests that the United States District Court, District of Rhode Island reconsider its' ORDER Dated: 10/18/07 based on the following:

Debtor is aware of the ruling of the Federal Bankruptcy Court recommending that the Debtor's appeal be denied.

Dismissed for Failure to Pay the Filing Fee.

Debtor filed with Federal Bankruptcy Court the required Application for Waiver of the Filing Fee.

The Federal Bankruptcy Court acknowledged that the debtor passed the first requirement that of being in "Need".

The District Court in its' ruling did deny the Appeal based on the debtor's failure to pay the filing fee.

The District Court in its' ruling states that it is following the recommendation of the Bankruptcy Court.

The debtor believes that the District Court is not aware that the debtor never received the following form from the Federal Bankruptcy Court.

Form B3B (4/09/06)
Order on Debtor's Application for Waiver of the Chapter 7 Filing Fee
(Copy Attached)

As the court is aware of the form is filed and issued by the United States Bankruptcy Court and signed off by the United States Bankruptcy Judge has the following sections which are:

Granted or Denied

Under the "Denied" Section the debtor is given the opportunity to pay the Chapter 7 filing fee in installments.

Debtor states that she was never given the opportunity to pay the fee in installments. The order was issued that the debtor had five days to pay the fee.

I, the debtor feel that I was not given at least the option of paying the fee in installments.

I, the Debtor feel that I was not given the same unbiased treatment as other filers.

Debtor feels that the Denial of the Request for the Waiver of Filing Fee by the Federal Bankruptcy is in "Error" based on the fact that the debtor was not given the option to pay the fee in installments.

Debtor also feel that the order from the Federal Bankruptcy Court is in "Error" based on the fact that the Bankruptcy Court in its' decision did not state or address why the installment option was not offered to the debtor.

Even though the court did acknowledge that the debtor passed the first test of "Need" and felt that the debtor should assume the cost of the filing.

Debtor was not aware that she would not be given the opportunity to file with the court the reasons for her request for an appeal to the decision of the Federal Bankruptcy Court.

Debtor did not know that the District Court would not notify the debtor that the appeal request would be considered without a hearing.

Debtor went into the District Court at least once or twice a week to check the docket to see if I missed any filings or motions.

For the above reasons, the debtor hereby begs the court for reconsideration of its' ruling on 10/18/07.

Debtor requests that the court reconsider the Motion for Appeal of the Decision of the Bankruptcy Court.

Respectfully submitted

Phyliss E. Hicks
Attorney Pro Se

10/26/07

Debtor hereby states that a copy of the Motion has been forwarded to the US Trustee: Leonard DePasquale & Trustee Stacy B. Ferrara and the Federal Bankruptcy Court. This 26h day of October 2007.

Form B3B
(04/09/06)

United State Bankruptcy Court
_________ District of _________

In re: ___________________
Debtor(s)

Case No. ___________________

**ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[ ] DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ __________ on or before __________

$ __________ on or before __________

$ __________ on or before __________

$ __________ on or before __________

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE.

[ ] SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on __________________ at ________ am/pm at ________________________________________.
(address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

BY THE COURT:

DATE: __________

___________________________
United States Bankruptcy Judge